[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
JULY 27, 2009
THOMAS K. KAHN
CLERK

No. 08-16150
Non-Argument Calendar

_____

D. C. Docket No. 08-00164-CR-J-20MCR

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

MILAN MARTINIC,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Middle District of Florida

_____

(July 27, 2009)

Before BLACK, BARKETT and HILL, Circuit Judges.

PER CURIAM:

Donna Lee Elm, appointed counsel for Milan Martinic in this direct criminal

appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to Anders v. California, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967).  Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct.  Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Martinic's convictions and sentences are **AFFIRMED**.